```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MICHAEL L. SAUNDERS,  <br><br>          Plaintiff,  <br>     v.  <br><br>CAMDEN COUNTY CORRECTIONAL FACILITY, DAVID OWENS (WARDEN), and FREEHOLDERS,  <br><br>          Defendants. | HONORABLE JEROME B. SIMANDLE  <br><br>   Civil Action  <br>No. 16-cv-06901 (JBS-AMD)  <br><br>           OPINION |

APPEARANCES

Michael L. Saunders, Plaintiff Pro Se
109236B/969159
Kintock
3 West Industrial Boulevard
Bridgeton, NJ 08302

**SIMANDLE, Chief District Judge**

1.  On October 11, 2016, Plaintiff Michael L. Saunders, a prisoner confined at Kintock – SWSP, New Jersey, submitted a civil complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Docket Entry 1.

2.  On October 17, 2016, the Court administratively terminated this case pursuant to 28 U.S.C. § 1915. Docket Entry 2.

3.  On October 31, 2016, Plaintiff submitted an application to proceed *in forma pauperis*. Docket Entry. 3.

4.  On December 9, 2016, the Court granted Plaintiff's *in forma pauperis* application. Docket Entry 4.

5.  Mail sent to Plaintiff at his listed address was returned as undeliverable on December 21, 2016. Docket Entry 5.

6.  Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

7.  As the Court does not have a current address for Plaintiff, the matter cannot proceed at this time. The Court will therefore administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by notifying the Court of his new address within 30 days.

8.  Failure to provide an updated address within 30 days of the date of this Order may result in the matter being dismissed for lack of prosecution.

9.  An appropriate Order follows.

**February 7, 2017**             s/ Jerome B. Simandle
Date                             JEROME B. SIMANDLE
                                 Chief U.S. District Judge